UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION, DISTRICT OF MASSACHUSETTS

| In re:<br><br>Paul E. Mauras<br><br>                                        Debtor | Chapter 13<br>Case No.    16-10793-FJB |
|---|---|
| Paul E. Mauras,<br>                            Plaintiff,<br>            v.<br>Defense Tax Group Inc.,<br>                            Defendant | ADVERSARY PROCEEDING<br><br>No.  _____ |

COMPLAINT

NOW COMES Paul E. Mauras., debtor/plaintiff, and complains of the defendant, as follows:

The Parties, Jurisdiction and Venue

1. Plaintiff Paul E. Mauras. ("Mauras") is the debtor in the above captioned chapter 13 case. He filed a petition on March 8, 2016.
2. He is an individual, and resides at 43 Fuller Street, Lynn, Massachusetts. Accordingly, venue of the bankruptcy case and of this proceeding is appropriate in this court pursuant to 28 USC §§1408 and 1409.
3. The federal District Court for the District of Massachusetts has jurisdiction of this matter pursuant to 28 USC §1334. The District Court has referred bankruptcy cases, and proceedings under, arising in or related to them, to the bankruptcy judges of this district pursuant to 28 USC §157(a).
4. This is a core proceeding within the meaning of 28 USC §157, as it relates to the administration of the bankruptcy estate, determination of a claim by the estate and/or against the estate, and/or the adjustment of the creditor/debtor relationship. This court has jurisdiction and authority to enter a final judgment, to which Mauras consents insofar as is constitutionally permissible. An Adversary Proceeding is required by Rule 7001 because Mauras seeks to recover money.
5. Defendant Defense Tax Group Inc. ("DTG") is a California corporation with a principal address at 12121 Wilshire Blvd; Los Angeles, CA. Upon information and belief, the registered agent is Chris Martin Solton, at the same address.

Factual Allegations Common to All Counts

6. All of the foregoing paragraphs are incorporated at this point as if fully set forth.
7. Several years ago, Mauras was severely injured in an automobile accident and became disabled.
8. At the time, he was employed by Verizon and had a retirement account.
9. Since he was no longer able to work, Mauras applied for, and received, Social Security benefits.
10. In order to purchase a home, he closed out his retirement account.
11. In doing so, he overlooked, or was unaware, that this would result in substantial federal

        and state tax liability, including penalties.
12. When he learned of this issue, he sought assistance in dealing with the resulting debt.
13. Eventually, he became aware of Defense Tax Group Inc. ("DTG"), the defendant herein.
14. According to its internet site, http://defensetax.com, DTG can "Settle your IRS Tax Debt for a Fraction Owed" and "Remove Interest Charges and Penalties", among other things.
15. The site also indicates that DTG employs attorneys to perform the services.
16. According to the California Secretary of State's internet site, the Registered Agent is Chris Martin Solton. Mr. Solton does not appear to be licensed to practice law in Massachusetts or California.
17. Mauras entered into an agreement with DTG for assistance of the type advertised on DTG's internet site.
18. Commencing in July, 2014, DTG automatically withdrew $256 per month as payment for its services. This appears to have continued through the petition date. Accordingly, it appears that DTG has been paid about $5,120.
19. Mauras is unable to discern any benefit from the payments. In fact, at one point, he lost his driver's license temporarily because of the tax debt.
20. Furthermore, in this bankruptcy case, the Internal Revenue Service has filed a Proof of Claim alleging a total debt of $62,567.76.

Count I – Breach of Contract

21. The previous paragraphs are incorporated herein by reference.
22. DTG agreed to provide services related to settlement of tax debt, as advertised on its internet site.
23. Mauras paid substantial consideration for the services.
24. Mauras is unaware of any benefit or corresponding consideration.
25. Mauras has been damaged thereby.

      WHEREFORE Mauras requests judgment against DTG in the amount of $5,120, or such other amount as will compensate him for his damages, plus interest, costs and attorney fees as the same may be allowed by law.

June 24, 2016

                                          Respectfully submitted,
                                          Paul E. Mauras,
                                          By his attorney


                                          /s/          *David G. Baker*
                                          David G. Baker, Esq.
                                          236 Huntington Avenue, Ste. 306
                                          Boston, MA  02115
                                          617-340-3680
                                          BBO# 634889