United States Bankruptcy Court
District of Massachusetts

Mauras,
    Plaintiff                                                                  Adv. Proc. No. 16-01110-fjb

Defense Tax Group Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: jlavalley        Page 1 of 1        Date Rcvd: Oct 25, 2016
                         Form ID: pdf012      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
dft           +Defense Tax Group Inc.,    Attn: Chris Martin Solton,    12121 Wilshire Blvd,
                Los Angeles, CA 90025-1164
pla           +Paul E. Mauras,    43 Fuller Street,    Lynn, MA 01905-2166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 25 2016 23:28:28      John Fitzgerald,
                Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              David G. Baker    on behalf of Plaintiff Paul E. Mauras
                bkecf@bostonbankruptcy.org;ecf@bostonbankruptcy.org
                                                                                                                                          TOTAL: 1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** Mauras v. Defense Tax Group Inc.                **Case/AP Number** 16-01110 -FJB
                                                           **Chapter**

    #11 Motion filed by Plaintiff Paul E. Mauras for Default Judgment on Defendant(s). (Baker, David)

**COURT ACTION:**

_____Hearing held
_____Granted          _____Approved          _____Moot
_____Denied           _____Denied without prejudice      _____Withdrawn in open court
_____Overruled   _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor is directed to serve the Defendant with the Motion for Default Judgment by mail and to file a supplemental certificate of such service on or before October 27, 2016, failing which the Motion for Default Judgment may be denied.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 10/25/2016
Frank J. Bailey
United States Bankruptcy Judge