# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Paul E. Mauras<br><br>Paul E. Mauras,<br><br>v.<br><br>Defense Tax Group Inc. | CASE NO: 16-10793<br><br>ADVERSARY CASE NO: 16-01110<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br><br>ECF Docket Reference No. |

On 11/1/2016, I did cause a copy of the following documents, described below,

Motion for Default Judgment
Spreadsheet
Bank Statements pt 1
Bank Statements pt 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/1/2016

/s/ David Baker
David Baker  634889
Law Office
David Baker
236 Huntington Avenue
Boston, MA  02115
617 367 4260

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: Paul E. Mauras | CASE NO: 16-10793 |
| | ADVERSARY CASE NO: 16-01110 |
| Paul E. Mauras, | |
| v. | **CERTIFICATE OF SERVICE** |
| Defense Tax Group Inc. | Chapter: 13 |
| | ECF Docket Reference No. |

On 11/1/2016, a copy of the following documents, described below,

Motion for Default Judgment
Spreadsheet
Bank Statements pt 1
Bank Statements pt 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2016

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Law Office
David Baker
236 Huntington Avenue
Boston, MA  02115

PARTIES DESIGNATED AS "ADDRESS NOT SERVED VIA FIRST CLASS MAIL"
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

1  AMBER FRALEY
DEFENSE TAX GROUP
12121 WILSHIRE BLVD. STE. 1240
LOS ANGELES CA   90025